```
                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


IN RE:                          )     CASE NO: 05-41631-659
                                )
TIMOTHY P HAYDEN                )
                                )     CHAPTER 13
                                )
                                )
              DEBTOR(S)         )


              LIST OF UNCLAIMED FUNDS AND ENTITIES
                 WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
TRUELOGIC FINANCIAL
PO BOX 4387                          $           251.44

ENGLEWOOD CO
079323                80155


                                /s/ John V. LaBarge, Jr.
                                ------------------------------------
DATE: August 31, 2009           JOHN V. LABARGE, JR.,
                                CHAPTER 13 TRUSTEE
                                P.O. Box 430908
                                St. Louis, MO 63143
XC -091                         (314) 781-8100    trust33@ch13stl.com
```